IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARILYN FREY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11cv802 |
| | § | (Judge Clark/Judge Mazzant) |
| FAIRSHARES, LLC D/B/A ATM EXPERTS USA, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Stipulation of Dismissal With Prejudice [Doc. #24].

It is **ORDERED** that the Joint Stipulation of Dismissal With Prejudice [Doc. #24] is accepted by the court. The court further **ORDERS** that plaintiff's claims and causes of action against defendant are **DISMISSED** with prejudice**.**

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on February __13__, 2013.

_____
Ron Clark
United States District Judge